U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

APR 24 2017

LAWRENCE K. BAERMAN, CLERK
ALBANY

14B3634

Richard Livingston
Clinton Corr Facility
P.O Box 2002
Dannemora, NY 12929
April 21st, 2017
Civil Docket # 7:15-CV-475
(GLS/ATB)

Dear Court Clerk,

I'm writing requesting information pertaining to the above case number. I would like to know if this case was dismissed with or without prejudice? I'm aware that certain information you can not give me, However, I'm asking if you can send me the copy of the order Dismissing this Case?
Thank you very much.
I very much Appreciated

Sincerely,
Richard Livingston
Richard H Livingston
#14B3634.



DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
CLINTON CORRECTIONAL FACILITY
P.O. BOX 2002
DANNEMORA, NEW YORK 12929

NAME: Richard Livingston    DIN: 14B3634

Clinton Correctional Facility

NEOPOST
04/20/2017
US POSTAGE $00.00
ZIP 12929
041M11274229

District Court Clerk
Lawrence K. Baerman
U.S Courthouse
445 Broadway
Albany, NY 12207

U.S. DISTRICT COURT
N.D. OF N.Y.
RECEIVED
APR 24 2017
LAWRENCE K. BAERMAN, CLERK
ALBANY

LEGAL MAIL